UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shirley Lindsay**, <br>     Plaintiff, <br> v. <br><br> **Jae & Sun Investment LLC,** a California Limited Liability Company; <br> **Bah California, Inc.,** a California Corporation; and Does 1-10, <br>     Defendants | **Case:** 2:16-CV-06539-DSF-E <br><br> **Judgment Re: Plaintiff's Motion for an Award of Attorneys' fees and Litigation expenses** |

Following the Court's ruling on November 21, 2017, the Court grants JUDGMENT in favor of plaintiff Shirley Lindsay and against defendants Jae & Sun Investment LLC and Bah California, Inc. in the amount of $7,717.50 in attorneys' fees and $840 in costs –totaling $8,557.50.

Dated: 1/17/18    By:_____
                                     Hon. DALE S. FISCHER
                                     United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff